# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                            www.innd.uscourts.gov

October 11, 2007

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2007

GREGORY C. LANGHAM
CLERK

Alfred A. Arraj
United States Courthouse
2nd Floor
901 19th Street
Denver, CO 80294

Re: MDL 1700 - FedEx Ground Package System Inc., Employment Practice Litigation (No. II)

   Flores v. FedEx Ground Package System Inc 1:07cv1806

Dear Clerk:

Pursuant to Judicial Panel transfer order dated August 10, 2005, the above case is being transferred to the Norther District of Indiana. It instructs that the case be transferred to our district pursuant to Title 28 USC §1407.

This matter has been assigned to Master Docket **3:05md527** and your new Cause No. **3:07cv478**, assigned to Chief Judge Robert L. Miller, Jr. For coordinated or consolidated pretrial proceedings. Please refer to these cause numbers on all correspondences sent to the South Bend Division at the address listed below. Any previously entered documents that may be needed by this curt will be retrieved from your electronic docket system.

Sincerely,

STEPHEN R. LUDWIG, CLERK

By: _____
S/SD Fikes
Deputy Clerk

**Reply to South Bend Office**

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273



UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 9 2007

FILED
CLERK'S OFFICE

IN RE: FEDEX GROUND PACKAGE
SYSTEM, INC., EMPLOYMENT PRACTICES
LITIGATION (NO. II)

| | |
|---|---|
| Horacio Flores v. FedEx Ground Package System, Inc., D. Colorado, C.A. No. 1:07-1806 | MDL No. 1700 |
| ~~Theodore Holloway, Jr. v. FedEx Ground Package System, Inc., D. Maryland, C.A. No. 1:07-2173~~ (opposed 10/4/07) | |

### CONDITIONAL TRANSFER ORDER (CTO-22)

On August 10, 2005, the Panel transferred 15 civil actions to the United States District Court for the Northern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 381 F.Supp.2d 1380 (J.P.M.L. 2005). Since that time, 42 additional actions have been transferred to the Northern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Robert L. Miller, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Indiana and assigned to Judge Miller.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Indiana for the reasons stated in the order of August 10, 2005, and, with the consent of that court, assigned to the Honorable Robert L. Miller, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2007

GREGORY C. LANCHAM
CLERK