A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Sep 24, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 24, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: FEDEX GROUND PACKAGE SYSTEM, INC.,
EMPLOYMENT PRACTICES LITIGATION (NO. II)                    MDL No. 1700

## ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in the actions listed on the attached schedule on August 20, 2010. Prior to expiration of that order's 14-day stay of transmittal, defendant FedEx Ground Package System, Inc., filed a notice of opposition to the proposed remand. Defendant subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on August 20, 2010, is LIFTED. The actions on the attached schedule are remanded to their respective transferor courts.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: FEDEX GROUND PACKAGE SYSTEM, INC.,
EMPLOYMENT PRACTICES LITIGATION (NO. II)**          MDL No. 1700

**SCHEDULE FOR CONDITIONAL REMAND ORDER**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| INN | 3 | 07-496 | CO | 1 | 07-902 | Starr Denise Blanchard v. FedEx Ground Package System, Inc., et al. |
| INN | 3 | 07-478 | CO | 1 | 07-1806 | Horacio Flores v. FedEx Ground Package System, Inc. |
| INN | 3 | 07-322 | CT | 3 | 07-811 | Thomas Mango, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 07-323 | CT | 3 | 07-812 | Robert Dizinno, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 05-529 | ILN | 1 | 05-2326 | Michael Griffin, et al. v. FedEx Corp., et al. |
| INN | 3 | 07-324 | LAE | 2 | 07-1824 | Troy Givens, et al. v. Federal Express Corp., et al. |
| INN | 3 | 05-531 | MA | 1 | 05-10936 | Edward Sheehan, et al. v. FedEx Corp., et al. |
| INN | 3 | 05-796 | MA | 1 | 05-10976 | Ronald Perry, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 08-575 | MA | 1 | 08-11530 | Richard H. Somers, II v. FedEx Ground Package System, Inc. |
| INN | 3 | 05-532[1] | MIE | 1 | 04-10055 | James Lester, et al. v. Federal Express Corp., et al. |
| INN | 3 | 06-337 | MOE | 4 | 06-422 | Reginald Gray, et al. v. FedEx Ground Package System, Inc. |
| INN | 3 | 05-593 | MSN | 2 | 05-142 | Theodore Fleming, Jr., et al. v. FedEx Corp., et al. |
| INN | 3 | 06-393 | MT | 2 | 05-85 | Rob Carlson v. FedEx Ground Package System, Inc., et al. |
| INN | 3 | 05-539 | SD | 4 | 05-4056 | Kimberly A. Bunger, et al. v. FedEx Ground Package System, Inc., et al. |
| INN | 3 | 05-541 | VAE | 2 | 03-479 | Bradley D. Gregory v. FedEx Corp., et al. |
| INN | 3 | 07-412 | VT | 2 | 07-162 | Robert Thurston, et al. v. FedEx Ground Package System, Inc., et al. |

---

[1] Identified on the Suggestion of Remand as "3:05-cv-532 (<u>Currithers</u> - Michigan)."