**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 07-cv-01806-WJM-CBS

HORACIO FLORES, et al,

    Plaintiffs

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant.

_____

**ORDER  DISMISSING SELECTED PLAINTIFFS PURSUANT TO DEFENDANT'S
MOTION TO DISMISS UNDER Fed.R.Civ.P. 41(b)**
_____

This matter is before the Court on Defendant's Unopposed Motion to Dismiss (ECF # 43) pursuant to Fed.R.Civ.P. 41(b), and Plaintiffs' Response thereto (ECF # 46).  The motion is hereby GRANTED.

IT IS ORDERED that the claims of Plaintiffs Byungchul Chung, Girmay Dawit, Robert J. Eusebio, Eric Gengenbach, Chris M. Kaspar, Cheryl L. Meyers, Norm Neiberger, Patrick Oehmke, Karen L. Salensky, Del Sharp, and William Thompson are hereby DISMISSED WITH PREJUDICE.

Dated this 9th day of March, 2011.

                BY THE COURT:

                *s/ William J. Martínez*
                United States District Judge