**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 07-cv-01806-WJM-CBS

HORACIO FLORES, et al.

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant.

_____

**ORDER DISMISSING SELECTED PLAINTIFFS
PURSUANT TO STIPULATION OF DISMISSAL**
_____

This matter is before the Court on the parties' Joint Stipulation of Dismissal (ECF # 45) under Fed.R.Civ.P. 41(a)(1)(A)(ii). Pursuant to said Stipulation, the claims of the following Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE: Kristopher Klockenteger, John H. Morrissey, and Mike Orin. Each party shall be responsible for his or its own costs and attorneys' fees.

Dated this 9th day of March, 2011.

                                                    BY THE COURT:

                                                   s/ *William J. Martínez*
                                                 United States District Judge