IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01806-WJM-CBS

HORACIO FLORES, *et al.*,

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court upon the parties' Joint Motion to Vacate Rule 7.1A Conference (*doc # 52*), filed March 25, 2011.  IT IS HEREBY ORDERED that the instant Motion is GRANTED.  The Discovery Hearing set for March 30, 2011 and the March 25, 2011 deadline for filing discovery documentation are hereby vacated.. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    March 25, 2011