**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 07-cv-01806-WJM-CBS

HORACIO FLORES, et al.

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant.

_____

**ORDER DISMISSING THE CLAIMS OF PLAINTIFF AARON MCCRAY**
_____

This matter is before the Court on the Defendant's Unopposed Motion to Dismiss Plaintiff Aaron McCray pursuant to Fed. R. Civ. P 41(b) filed April 7, 2011, (ECF No. 58).  The Court being fully advised,  ORDERS as follows:

Defendant's Unopposed Motion to Dismiss Plaintiff Aaron McCray is GRANTED. The claims of Plaintiff Aaron McCray are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 8th day of April, 2011.

                                                    BY THE COURT:

                                                    William J. Martínez
                                                    United States District Judge